**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-6801

JERRY LYNN HIGH,

Plaintiff - Appellant,

versus

U.S. DRUG ENFORCEMENT AGENCY; MIKE GRIMES,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Malcolm J. Howard, District Judge.  (CA-00-5-H)

Submitted:  December 14, 2000      Decided:  December 21, 2000

Before WIDENER, WILKINS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jerry Lynn High, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerry Lynn High appeals the district court's order and judgment summarily dismissing his complaint challenging the forfeiture of his boats and other property.  We have reviewed the record and the district court's order and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See High v. Drug Enforcement Agency, No. CA-00-5-H (E.D.N.C. May 30, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's judgment is marked as "filed" on May 25, 2000, the district court's records show that it was entered on the docket sheet on May 30, 2000.  Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision.  See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2